UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x
: 
SPARTAN CAPITAL SECURITIES LLC, :
: **ORDER**
Plaintiff, :
-against- : 20 Civ. 4210 (AKH)
:
SPORTS FIELD HOLDINGS, INC., :
:
Defendant. :
:
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

    On June 1, 2022, I issued order instructing Plaintiff to file a written submission to show cause why this case should not be dismissed for failure to prosecute under Fed. R. Civ. P. 41(b). (ECF No. 40). On June 8, 2022, Plaintiff responded that it has been unable to effectuate service on Defendant and seeks an extension of time to do so. (ECF No. 43).

    The request is granted. Plaintiff has 90 days, by September 8, 2022, to effectuate service, or request and give reason for a further extension.

    SO ORDERED.

Dated:    June 9, 2022
             New York, New York

                                                      ALVIN K. HELLERSTEIN
                                                      United States District Judge